IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIE L. CHAVANNES,<br><br>        Appellant,<br><br>v.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY,<br><br>        Appellee. | CIVIL ACTION<br>NO. 14-4528<br><br>Bankruptcy No. 13-18075<br>Adversary Case No. 14-129 |

## ORDER

**AND NOW**, this 9th day of April, 2015, upon consideration of the record and briefs, and in accordance with the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. The appeal of the bankruptcy court's order entered May 13, 2014, is **DISMISSED** as untimely filed.

2. The bankruptcy court's order entered June 5, 2014, is **AFFIRMED**.

3. The appeal of the bankruptcy court's order entered July 30, 2014, is **DISMISSED** as untimely filed.

                                                                   **BY THE COURT:**

                                                                   **/s/ Jeffrey L. Schmehl**
                                                                   Jeffrey L. Schmehl, J.